UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-HC-2013-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SEAN ROBERT FRANCIS | ) | |

This matter is before the Court on the Respondent's Motion to Allow Respondent to Receive Discovery. FOR GOOD CAUSE SHOWN, the Motion is GRANTED and it is hereby ORDERED that James Ryan Hawes, attorney for Respondent, be allowed to deliver to the Respondent and the Respondent be allowed to receive, via hand delivery, the Respondent's discovery at FCI Butner.

So ORDERED this _10_ day of ~~April~~ June, 2011.

_____
The Honorable Terrence W. Boyle
United States District Judge