

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Institution*

*PO Box 1000*
*Butner NC 27509-1000*

# Sex-Offender Treatment Program
*Consent Form*
(February 2001 revision)

## Background
The Sex Offender Treatment Program is a therapeutic program which employs cognitive-behavioral and relapse prevention techniques to treat and manage sexual offenders. The primary goal of the SOTP is to help sexual offenders manage their sexual deviance in order to reduce sexual recidivism. The treatment program is designed to help those individuals who want to help themselves and are committed to permanent behavioral change. This program is task-based, not time-based. Progress will be measured in terms of completion of treatment goals and maintenance of therapeutic gains. Length of time in the program, by itself, does not constitute therapeutic progress or accomplishment.

## The Treatment Program
The SOTP is currently housed in Maryland Unit at the Federal Correctional Institution in Butner, North Carolina. This Unit is designed to promote the development of a therapeutic community for inmates in the program. The Sex Offender Treatment Program is comprised of four components: 1) pre-treatment and orientation, 2) assessment, 3) treatment, and 4) release planning:

Pre-treatment and Orientation: This component of the program orients the program participant to all aspects of the program and introduces him to the concepts of therapeutic community. Inmates participate in a brief series of orientation sessions about the program, the benefits of treatment, the expectations of staff, and the standards of conduct for all program participants. In this phase, inmates attend and begin to participate in community meetings.

Assessment: This component of the program consists of a series of questionnaires, psychological test batteries, and phallometric tests. Polygraph testing may also be administered. Based on the results of the initial assessment, a comprehensive treatment plan is developed. During the first 60 days in the program, the inmate's appropriateness for treatment is carefully assessed. If the inmate is deemed inappropriate for treatment due to lack of motivation, rigid denial, or other impeding factors, he will be discharged from the program and removed from the Unit.

Treatment: This component of the program is comprised of milieu therapy, psychotherapy in various treatment modalities, and participation in structured psycho-educational programs and discussion groups pertaining to management of sexual deviance. Psychiatric treatment with medications may be considered on an individual basis to address symptom-related concerns. The essential goal of the program is to help the program participant become an honest, responsible, and law-abiding individual with effective self-control skills. In addition to individually-tailored goals, the primary goals in every inmate's treatment are:

1. Admission of guilt and/or remorse for the sexual crime(s) committed
2. Complete acceptance of responsibility for the sexual crime(s) committed
3. Identification and recognition of deviant sexual arousal and sexual offense pattern(s)

EXHIBIT A  Blumberg No. 5208

4. Control and management of deviant sexual arousal and behaviors
5. Improvement in affective modulation and self-regulation
6. Demonstration of genuine empathy for the offender's victim(s)
7. Improvement in social skills and overall interpersonal functioning
8. Acquisition of relapse prevention skills

Release Planning: This is an essential component of the program which helps the sexual offender maintain therapeutic gains and achieve a successful re-integration into the community upon his release. Appropriate residential arrangements, recommendations for community-based treatment, and supervision guidelines are developed in this phase of the program. Detailed treatment summaries and relapse prevention plans are mailed to the inmate's probation officer, mental health professionals, and others if deemed appropriate. Failure to participate in any component of the assessment, treatment, and release planning protocol may result in expulsion from the SOTP.

**Standards of Conduct**
Program participants are expected to adhere to a higher standard of conduct in order to continue their good standing within the program. This not only requires that program participants comply with all rules and regulations governing inmate conduct as defined by the Federal Bureau of Prisons, but also adhere to standards of conduct consistent with individuals who are committed to permanent abstinence from deviant sexual behavior. Violation of BOP policy, SOTP Standards of Conduct, or failure to progress in treatment may result in programmatic probation, incident reports, and/or immediate expulsion from the program. Adherence to BOP policy and the SOTP Standards of Conduct is an integral component of your treatment. Your behavior must always evidence strict observance of these policies and guidelines. Learning to live by rules and standards of conduct is critical to your success in treatment.

Confidentiality
During your participation in the SOTP you will be expected to disclose personal information (e.g., sexual preferences and past offenses). As everyone in the program is expected to disclose personal information in their treatment groups, it is extremely important for you to protect the confidentiality and privacy of everyone in the program, present and past participants. Personal information about other inmates is not to be shared with anyone. Sharing information regarding your own treatment or personal issues with non-SOTP inmates is strongly discouraged. Violations of confidentiality may result in probation or immediate expulsion from the program, as well as institutional transfer.

Dress Code
All SOTP participants must adhere to the Bureau of Prisons' Dress Code at all times. However, between the hours of 7:30 am and 4:00 pm during program days, the following are inappropriate: short pants, white T-shirts, sweat pants, untucked shirts, soiled or unclean clothing, sunglasses, hats or any head gear, except for those worn for religious purposes, towels around neck, trouser leg turned up, radio headphones outside cells, or shower shoes. Exceptions will be made when participants are moving to and from recreation areas during off-program hours.

Inappropriate Materials
Program participants must comply with all policies governing inmate conduct as defined by the Federal Bureau of Prisons. In addition to contraband, the following materials are considered inappropriate for program participants to use, posses, or manufacture any type of pornographic or sexually explicit material such as photographs, drawings, and written materials; any photograph or "cut-out" from any publication of a nude or partially nude adult or child; any sexual apparatus or paraphernalia; any publication or photograph depicting physical abuse or sexual violence; any obvious collection of photographs, pictures or drawings depicting any individuals in sexually explicit or suggestive poses or

situations; any material that depicts, describes or encourages activities which may lead to violence, sexual crimes, or exploitation; and any other material that is viewed by staff as incongruent with the goals of treatment.

General Rules
In addition to adhering to all rules outlined by the Maryland Unit Team, you are also expected to adhere to the following rules: 1) you must be fully dressed and well-groomed by 7:30 am on program days; 2) you bed must be made by 7:30 am. – on program days, you are expected to be out of bed after 7:30 am. – if not at your work site or approved institution program, you will be expected to be engaged in SOTP activities, cleaning your room, or contributing to the overall sanitation of the Maryland Unit; prison-issued and personal clothing should be clean and in good condition (e.g., no holes or stains); television will be off during program hours – television viewing is allowed as stipulated by the SOTP TV Guidelines posted in Maryland Unit; the playing of cards, billiards, or other games is prohibited during work or program hours; and telephone usage is not allowed during work or program hours.

Visitation Guidelines
All visits with individuals who have not attained the age of 18 will be screened by treatment staff for their appropriateness. Treatment staff may restrict your visitation with children if clinically indicated or if you are determined to pose a risk of harm to a child.

**Informed Consent and Statement Regarding Limited Confidentiality**
I agree to voluntarily participate in the Sex-Offender Treatment Program. I agree to adhere to all conditions stipulated in this document. I also understand that treatment staff retain the right to modify the program requirements and conditions of treatment at any time.

I understand that this program does not offer a "cure" for my sexually deviant interest or behavior. I understand that the SOTP will teach me strategies and methods to manage and control my sexual deviance, and I understand that it is my responsibility to implement those techniques responsibly and effectively. I understand that I may withdraw from treatment at any time. I understand that my confidentiality will be protected at all times, except in cases where there is potential harm to myself or others, or when the security of the correctional institution is threatened. I also understand that the staff of the SOTP and Federal Bureau of Prisons, Department of Justice, and United States Probation Office may share information regarding my case.

As mandated by law, mental health professionals are required to report any incident or suspicion of child abuse or neglect, past or present, to child protective and law enforcement agencies in the jurisdiction where the abuse occurred. Although admitting to unreported crimes may result in additional criminal prosecution, the SOTP strongly encourages all of its participants to be completely honest about the extent of their sexual deviance and sexual offense history. Providing self-incriminating information is not an interest of the Sex Offender Treatment Program and you will not be pressured to provide such information.

My signature below acknowledges my voluntary participation in the program and my understanding of the mandatory child abuse reporting laws to which all mental health professionals are subject.

| Signature of Inmate | Register Number | Date |
|---|---|---|
| [signature] | 82919-054 | 7-11-03 |