## Identifying Data:

| | |
|---|---|
| **Birth Name:** | Sean Robert Francis |
| **Date of Birth:** | ▇▇▇▇ |
| **Age:** | 26 |
| **Race:** | White, non-Hispanic |
| **Sex:** | Male |
| | |
| **SSN #:** | ▇▇▇ |
| **FBI #:** | 148677JB6 |
| **USM #:** | 82919-054 |
| **Other ID #:** | NY SID: 9001972L |
| | |
| **Education:** | GED/Some College |
| **Dependents:** | None |
| **Citizenship:** | United States |
| | |
| **Legal Address:** | 5500 Harbour Lake Drive, Apartment IF<br>Goose Creek, South Carolina 29445 |
| | |
| **Current Address:** | Fayette County Detention Center<br>600 Old Frankfort Circle<br>Lexington, Kentucky 40510<br>859-425-2600 |
| **Aliases:** | None |



*Restrictions on Use and Redisclosure of Presentence Report.*
Disclosure of this presentence investigation report to the Federal Bureau of Prisons and redisclosure by the Bureau of Prisons is authorized by the United States District Court solely to assist administering the offender's prison sentence (i.e., classification, designation, programming, sentencing calculation, pre-release planning, escape apprehension, prison disturbance response, sentence commutation, or pardon) and other limited purposes, including deportation proceedings and federal investigations directly related to terrorists activities. If this presentence investigation report is redisclosed by the Federal Bureau of Prisons upon completion of its sentence administration function, the report must be returned to the Federal Bureau of Prisons or destroyed. It is the policy of the federal judiciary and the Department of Justice that further redisclosure of the presentence investigation report is prohibited without the consent of the sentencing judge.

EXHIBIT B